UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------ x
MICHAEL BLACK; LUCILLE CASELL;          :
KAREN DAVIS; DEBORAH FLORES;            :
PATRICIA FREEMAN; LETA HENDERSON;       :
JERRY HUDSON; BARBARA KARNES;           :
KATHRYN KINDLE-BROCKMILLER; RUTH        :
LILLY; NANCY LONG; SHARRON MAUL;        :
SHIRLEY SIEVER; JOSEPHINE VIEHMAN;      :
LINDA BOYD; RALPH BRUNKHORST;           :
CAROL VAUGHAN; GWENDELYN DIXON;         :
TAMMY HOPPAS; JANICE MAYBERRY,          :
                                        :
        Plaintiffs                      :       Civil Action
v.                                      :       No. 04-11092-GAO
                                        :
INDEVUS PHARMACEUTICALS, INC., F/K/A    :
INTERNEURON PHARMACEUTICALS, INC.;      :
WYETH, INC., F/K/A AMERICAN HOME        :
PRODUCTS CORPORATION; WYETH             :
PHARMACEUTICALS, INC F/K/A WYETH-       :
AYERST PHARMACEUTICALS, INC., A         :
DIVISION OF AMERICAN HOME PRODUCTS      :
CORPORATION; AND BOEHRINGER             :
INGELHEIM PHARMACEUTICALS, INC.,        :
                                        :
        Defendants                      :
------------------------------------ x
```

**NOTICE OF APPEARANCE**

Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

| | |
|---|---|
| Dated: June 14, 2004<br>Boston, Massachusetts | Respectfully submitted, |
| | /s/Matthew J. Matule<br>Matthew J. Matule (BBO #632075)<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP |
| Of Counsel:<br>Barbara Wrubel<br>Katherine Armstrong<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY 10036<br>(212) 735-3000 | One Beacon Street<br>Boston, Massachusetts 02108<br>(617) 573-4800<br><br>Counsel for Defendant<br>Boehringer Ingelheim Pharmaceuticals, Inc. |