UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------- x
MICHAEL BLACK; LUCILLE CASELL;
KAREN DAVIS; DEBORAH FLORES;
PATRICIA FREEMAN; LETA HENDERSON;
JERRY HUDSON; BARBARA KARNES;
KATHRYN KINDLE-BROCKMILLER; RUTH
LILLY; NANCY LONG; SHARRON MAUL;
SHIRLEY SIEVER; JOSEPHINE VIEHMAN;
LINDA BOYD; RALPH BRUNKHORST;
CAROL VAUGHAN; GWENDELYN DIXON;
TAMMY HOPPAS; JANICE MAYBERRY,

    Plaintiffs,

v.

INDEVUS PHARMACEUTICALS, INC., F/K/A
INTERNEURON PHARMACEUTICALS, INC.;
WYETH, INC., F/K/A AMERICAN HOME
PRODUCTS CORPORATION; WYETH
PHARMACEUTICALS, INC F/K/A WYETH-
AYERST PHARMACEUTICALS, INC., A
DIVISION OF AMERICAN HOME PRODUCTS
CORPORATION; AND BOEHRINGER
INGELHEIM PHARMACEUTICALS, INC.,

    Defendants.
----------------------------------- x

Civil Action
No. 04-11092-GAO

**CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT INDEVUS PHARMACEUTICALS, INC.**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, Indevus Pharmaceuticals, Inc. ("Indevus"), hereby submits the following corporate disclosure statement: Indevus, a Delaware Corporation, has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

| | |
|---|---|
| Dated:  August 27, 2004<br>         Boston, Massachusetts | Respectfully submitted,<br><br>/s/Matthew J. Matule<br>Matthew J. Matule (BBO #632075)<br>SKADDEN, ARPS, SLATE,<br>   MEAGHER & FLOM LLP |
| Of Counsel:<br>Barbara Wrubel<br>Katherine Armstrong<br>SKADDEN, ARPS, SLATE,<br>   MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY 10036<br>(212) 735-3000 | One Beacon Street<br>Boston, Massachusetts 02108<br>(617) 573-4800<br><br><br>Counsel for Defendant<br>Indevus Pharmaceuticals, Inc. |